[No. 7. *En Banc.* November 19, 1918.]

*In the Matter of the Proceedings for the Disbarment of* N. L. Ward.[1]

ATTORNEY AND CLIENT (7, 7-1)—DISBARMENT—GROUNDS—MISAPPROPRIATIONS. The receipt of fees by an attorney while acting as administrator, for which he has not accounted, is ground for disbarment.

Proceeding filed in the supreme court March 20, 1918, for the disbarment of an attorney, upon findings of the state board of law examiners against the accused. Judgment of Disbarment.

*The Attorney General* and *R. M. Burgunder, Assistant,* for the state.

*McGill & McKenney, McMaster, Hall & Drowley,* and *N. B. Brooks,* for accused.

FULLERTON, J.—This is a proceeding for the disbarment of N. L. Ward. The state board of law examiners, before whom the hearings were had, made specific findings of sums of money, received by the attorney while acting as an administrator, for which he has not accounted. The findings are not disputed, the only defense offered being a plea in extenuation. But we cannot think the plea in any manner mitigates the offense.

The order is, therefore, that the defendant be disbarred and his license to practice law in this state annulled.

ALL CONCUR.

[1]Reported in 176 Pac. 2.